# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARGARET T. GIVENS, on behalf of herself, )<br>and all others similarly situated (together the )<br>the Plaintiff Class) )<br>                                Plaintiffs, )<br>v.                                                  )<br>                                                  )<br>Vanguard Industries, Inc.; Vanguard Plastics, Inc. )<br>Vanguard Piping Systems, Inc., Viega, Inc., )<br>Viega, LLC, Viega NA, LLC, VG Pipe, LLC, )<br>Mitsui Plastics, Inc.; Mitsui& Co. (USA), Inc.; )<br>Mitsui Petrochemical Industries, Ltd.; and )<br>Mitsui Sekka. )<br>                              Defendants, ) | Case No. 10-CV-2303 JTM/DJW |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Margaret T. Givens hereby voluntarily dismisses without prejudice her Class Action Complaint, filed May 28, 2010, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as summonses have not issued or been served and as no opposing party has served either an answer or a motion for summary judgment.

DATED: July 9, 2010.

                                                              Respectfully submitted,

                                                              /s/ Rex Sharp
                                                              Rex A. Sharp, KS #12350
                                                              Barbara C. Frankland, KS #14198
                                                              Gunderson, Sharp & Walke, LLP
                                                              5301 West 75th Street
                                                              Prairie Village, KS 66208
                                                              Telephone: 913/901-0505
                                                              Facsimile:   913/901-0419
                                                              rsharp@midwest-law.com
                                                              bfrankland@midwest-law.com

2

        Isaac L. Diel #14376
        Sharp McQueen, PA
        Financial Plaza
        6900 College Blvd., Ste. 285
        Overland Park, KS 66211
        Telephone: (913) 661-9931
        Fax: (913) 661-9935
        E-mail: idiel@sharpmcqueen.com

*Attorneys for Plaintiffs*